AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE AARAON ALTAMIRANO AVILA | CASE NUMBER: 08CR0485-W |

I, JOSE AARAON ALTAMIRANO AVILA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose A. Altamirano A._
JOSE AARAON ALTAMIRANO AVILA
Defendant

_David Bartick_
DAVID A. BARTICK
Counsel for Defendant

Before _____
JUDICIAL OFFICER